UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN OPERATORS HEALTH FUND, ) ) Plaintiff, ) ) v. ) ) ) FARAH CONSTRUCTION CO. and ) GARY L. FARAH ) ) Defendants. ) | Civil Action No. 3:09-0126 *Judge Echols* *Magistrate Judge Griffin* |

## ORDER

Pending before the Court is Plaintiff's Motion to cancel a show cause hearing set for September 28, 2009, and to dismiss this civil action without prejudice. The Court is of the opinion the motion should be granted, and the show cause hearing is cancelled.

This civil action is dismissed without prejudice.

The Clerk is directed to mail a copy of this order to

Gary L. Farah, Farah Construction Co., P.O. Box 22481, Lake Buena Vista, FL 32830.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
United States District Judge